# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3370

_____

Shirley A. Tyus,                         *
                                         *
            Appellant,                   *
                                         *    Appeal from the United States
      v.                                 *    District Court for the
                                         *    Eastern District of Arkansas.
Earl Cranor, Adult Probation and         *
Parole Officer, Conway, AR, Faulkner     *         [UNPUBLISHED]
County,                                  *
                                         *
            Appellee.                    *

_____

Submitted: August 22, 2007
Filed: August 27, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Shirley Tyus appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 complaint against a state parole and probation officer. Upon de novo review, see Thomas v. St. Louis Bd. of Police Comm'rs, 447 F.3d 1082, 1084-85 (8th Cir. 2006) (standard of review), we conclude that dismissal was proper because Tyus sued Officer Cranor only in his official capacity. See Johnson v. Outboard Marine Corp.,

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

172 F.3d 531, 535 (8th Cir. 1999) ("[I]n order to sue a public official in his or her individual capacity, a plaintiff must expressly and unambiguously state so in the pleadings, otherwise, it will be assumed that the defendant is sued only in his or her official capacity."); Murphy v. Arkansas, 127 F.3d 750, 754 (8th Cir. 1997) (Eleventh Amendment bars damages claims against state officials acting in their official capacities).[2]

The judgment is affirmed.

_____

_____

[2]We do not consider Tyus's claim for injunctive relief because it was not raised in the district court.  See Alexander v. Pathfinder, Inc., 189 F.3d 735, 740 (8th Cir. 1999).